UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORMAN JOHN CRAIG,
    Petitioner/Plaintiff,

v.

JOHN D'AGOSTINI, Sheriff,
    Respondent/Defendant.

Case No. 18-cv-06066-SK  (PR)

**ORDER OF TRANSFER**

Norman John Craig, a convicted prisoner at El Dorado County Jail in South Lake Tahoe, California, has filed a <u>pro se</u> petition challenging the conditions of his confinement at the jail. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the named respondent/defendant, Sheriff John D'Agostini, resides, in El Dorado County, which lies within the venue of the Eastern District of California. <u>See</u> 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. <u>See</u> <u>id.</u> § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: October 15, 2018

_____
SALLIE KIM
United States Magistrate Judge